**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC., et al.,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY,
STEVEN E. BOYNTON,
BOYNTON LAW OFFICES, PA, and
ALLEN BHAK,

    Defendants.

---

**ORDER OF DISMISSAL AS TO
DEFENDANTS, STEVEN E. BOYNTON AND BOYNTON LAW OFFICES, PA**

---

**Blackburn, J.**

On March 14, 2006, the parties filed a **Stipulation to Dismiss** [#19].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be granted and that plaintiff's claims against defendants, Steven E. Boynton and Boynton Law Offices, PA, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation to Dismiss** [#19], filed March 14, 2006, is **APPROVED**;

2.  That plaintiff's claims against defendants, Steven E. Boynton and Boynton Law Offices, PA, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

      3.  That defendants, Steven E. Boynton and Boynton Law Offices, PA, are **DROPPED** as named parties to this action, and the case caption is amended accordingly.

      Dated March 14, 2006, at Denver, Colorado.

                                               **BY THE COURT:**

                                               **s/ Robert E. Blackburn**
                                             **Robert E. Blackburn**
                                             **United States District Judge**