IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC.,
HIGHLAND HOLDINGS, LLC.,
VICTOR BARBISH,
MARIO BARBISH,
HARRY HARRISON, and
KAREN KLAUSMEYER,

      Plaintiffs,

v.

WELLS FARGO AND COMPANY, and
ALLEN BHAK,

      Defendants.

## **MINUTE ORDER**

### **ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to File Motion to Compel (*doc. no. 40)* is **DENIED**. Counsel for Plaintiffs did not comply with this Court's local practice rule regarding discovery disputes; as explained at the scheduling conference held on March 15, 2006, and reflected in the courtroom minutes (doc. no. 22).

**DATED:**    August 29, 2006