**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC., et al.,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY, and
ALLEN BHAK,

    Defendants.

**MINUTE ORDER**[1]

The matter before the court is plaintiff's **Motion to Amend Misnomer in First Amended Complaint** [#66], filed January 22, 2007.  Said motion is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1.A.

Dated:  January 22, 2007

-------------------------------------------------------------------------------------------------------------------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.