IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC.,
HIGHLAND HOLDINGS, LLC.,
VICTOR BARBISH,
MARIO BARBISH,
HARRY HARRISON, and
KAREN KLAUSMEYER,

     Plaintiffs,

v.

WELLS FARGO BANK, N.A., and
ALLEN BHAK,

     Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

IT IS HEREBY ORDERED that Plaintiffs' Motion to Participate in Hearing Telephonically (*doc. no. 72)* is **GRANTED**. Mr. McLeod shall contact the Court at (303) 844-2117, a few minutes prior to the scheduled start time, in order to participate in the hearing.

**DATED:**    February 1, 2007