## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 05-cv-01853-REB-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: February 12, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| VIC BARBISH PERSONAL GEMS, INC., *et al.*, | Mark T. McLeod, via telephone |
| **Plaintiffs,** | |
| v. | |
| WELLS FARGO AND COMPANY, and | Brian J. Berardini |
| ALLEN BHAK, | James M. Miletich |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:     1:30 p.m.**
Court calls case. Appearances of counsel.

Counsel present argument regarding the Motion to Correct Misnomer in First Amended Complaint [filed January 23, 2007; doc. 68].

**ORDERED:   The Motion to Correct Misnomer in First Amended Complaint [filed January 23, 2007; doc. 68] is denied without prejudice for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess**:     **1:53 p.m.**
Total In-Court Time:     00:23