**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC., et al.,

     Plaintiffs,

v.

WELLS FARGO AND COMPANY, and
ALLEN BHAK,

     Defendants.

---

**ORDER DENYING WITHOUT PREJUDICE**
**JOINT MOTION TO ORDER**
**APPEARANCE OF EDISON F. BALDWIN**

---

**Blackburn, J.**

The matter before me is the parties' **Joint Motion to Order Appearance of**

**Edison F. Baldwin** [#93], filed February 27, 2007.  I deny the motion without prejudice.

The witness, who is not a party or an officer of a party, resides in Nashville,

Tennessee, more than 100 miles from the place of the trial.  *See* **FED.R.CIV.P.** 45(b)(2).

The parties ask me to order him to appear pursuant to Fed.R.Civ.P. 45(c)(3)(B)(iii).

Nothing in that rule gives the court authority to issue trial subpoenas.  The rule only

allows the court to quash or modify an existing subpoena "to protect a person subject to

or affected by the subpoena," or alternatively, if there is a substantial need for the

testimony, to order the witness's appearance "only upon specified conditions."

Although the parties agree that there is a substantial need for Mr. Baldwin's testimony

at trial, they have not shown that he has been served with a trial subpoena, much less

that he has failed or refused to comply or will fail or refuse to comply with such subpoena.

In the event the witness moves to quash or modify a party's duly issued trial subpoena on one or more of the grounds specified under Fed.R.Civ.P. 45(c)(3), a motion seeking to compel his compliance would be ripe. At this juncture, it is not.

**THEREFORE, IT IS ORDERED** that the parties' **Joint Motion to Order Appearance of Edison F. Baldwin** [#93], filed February 27, 2007, is **DENIED WITHOUT PREJUDICE**.

Dated February 28, 2007, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**