**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS,
HIGHLAND HOLDINGS, LLC,
VICTOR BARBISH,
MARIO BARBISH,
HARRY HARRISON, and
KAREN KLAUSMEYER,,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY,

    Defendant.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

    Attached is a **Juror Questionnaire** approved for use in the trial of this case.

    **THEREFORE, IT IS ORDERED** that the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

    Dated March 8, 2007, at Denver, Colorado.

    **BY THE COURT:**

    s/ Robert E. Blackburn
    **Robert E. Blackburn
    United States District Judge**