# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC., et al.,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY, and
ALLEN BHAK,

    Defendants.

## MINUTE ORDER[1]

The matter before the court is **Defendant Bhak's Unopposed Motion to be Excused from Appearing at Trial** [#105], filed March 12, 2007. Said motion is **GRANTED**. Defendant Allen Bhak is excused from appearing at trial.

Dated: March 12, 2007

--------------------------------------------------------------------------------

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.