**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date:  March 15, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  05-cv-01853-REB**

| | |
|---|---|
| VIC BARBISH PERSONAL GEMS, INC., et al., | Mark McLeod |
| | Mtchell Tyner, Sr. |
| Plaintiffs, | |
| v. | |
| WELLS FARGO & COMPANY, | Brian Berardini |
| Defendant. | |

---

**COURTROOM MINUTES - JURY TRIAL - DAY FOUR**
---

**8:35  a.m.    Court in session.**

The jury is present.

The Plaintiffs call witness, Mr. Edison Baldwin.

The witness is sworn.

8:37 a.m.    Direct examination of the witness, Mr. Edison Baldwin, by Mr. Tyner.

The Plaintiffs offers Plaintiffs' Exhibit 266.

Voir dire by the Defendant as to Plaintiff's Exhibit 266.

No objections by the Defendant.

1

**Plaintiffs' Exhibit 266 is admitted into evidence.**

8:53 a.m.    Cross examination of the witness, Mr. Edison Baldwin, by Mr. Berardini.

The Defendant offers Defendant's Exhibits 164, 215, and 225.

No objections from the Plaintiffs.

**Defendant's Exhibits 164, 215, and 225 are admitted into evidence.**

9:34 a.m.    Redirect examination of the witness.

The witness is excused and released from subpoena.

9:40 a.m.    The jury is excused.

The Court and counsel discuss the Plaintiff's Motion to Correct Amend/Modify and Reconsideration of Ruling Excluding Evidence of Corporate Facts.

9:48 a.m.    The jury is present.

**9:48 a.m.    The Plaintiffs rests.**

**9:50 a.m.    The jury is excused and shall reconvene on Monday, March 19, 2007, at 8:30 a.m.**

**9:51 a.m.    Court in recess until 10:20 a.m.**
**10:40 a.m.   Court in session.**

The plaintiffs appearances are waived for mid-trial motions.

Argument by the Plaintiffs as to the Plaintiffs' Motion to Correct/ Amend/ Modify and Reconsideration of Ruling Excluding Evidence of Corporate Facts.

Response by the Defendant.

Reply by the Plaintiffs.

The Defendant makes an oral motion for judgment as a matter of law as to the plaintiffs thirteen claims.

11:06 a.m.    Argument by the Defendant.

2

| | |
|---|---|
| **11:50 a.m.** | **Court in recess and shall reconvene at 1:30 p.m.** |
| **1:30 p.m** | **Court in session.** |
| 1:30 p.m | Response by, Mr. McLeod, for the Plaintiffs as to the Defendant's oral motion for judgment as a matter of law as to the plaintiffs thirteen claims. |
| **3:10 p.m.** | **Court in recess.** |
| **3:25 p.m.** | **Court in session.** |

Response by Mr. McLeod, resumes.

3:35 p.m.     Reply by the Defendant.

The Defendant makes an oral motion to amend under Fed.R.Civ.P. 15B.

3:48 p.m.     Argument by the Defendant as the Defendant's oral Motion to Amend its Answer under Fed.R.Civ.P. 15B.

3:50 p.m.     Reply by the Plaintiffs' to the Defendant's oral Motion to Amend its Answer.

It was **ORDERED:**

1. That the Plaintiffs' Motion to Amend/Correct/Modify Reconsideration of Ruling Excluding Evidence of Corporate Facts [#109] filed March 15, 2007, is **taken under advisement.**

2. That the Defendant's oral Motion for Judgment as a Matter of Law, is **taken under advisement.**

**3:53 p.m.     Court in recess and shall reconvene on Friday, March 16, 2007, at 8:30 a.m.**

*Total in court time:   4 hours and 44 minutes - Trial continued*