**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date: March 16, 2007**

Ginny Kramer, Courtroom Deputy
Suzanne Claar, Court Reporter

---

**Civil Case No.  05-cv-01853-REB**

| | |
|---|---|
| VIC BARBISH PERSONAL GEMS, INC., et al., | Mark McLeod |
| | Mtchell Tyner, Sr. |
| Plaintiffs, | |
| v. | |
| WELLS FARGO & COMPANY, | Brian Berardini |
| Defendant. | |

_____

**COURTROOM MINUTES - JURY TRIAL - DAY FIVE**
_____

**8:50  a.m.    Court in session.**

Jury is not present.

The Court enters Findings of Fact, Conclusions of Law, and orders as to mid-trial motions.

**It was ORDERED:**

    1.    That the Plaintiffs' Motion to Amend/Correct/Modify Reconsideration of Ruling Excluding Evidence of Corporate Facts [#109] filed March 15, 2007, is **DENIED** for the reasons as stated on the record.

    2.    That the Defendant's oral Motion for Judgment as a Matter of Law is under Fed.R.Civ.P. 50(a)(1) is **GRANTED.**

    3.    That judgment shall enter in favor of the defendant and against each

|   |   |
|---|---|
|   | plaintiff, jointly and essentially on each of plaintiffs' thirteen claims for relief. |
| 4. | That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1. |
| 5. | That all witnesses under subpoena are released from the subpoena. |
| 6. | That the jurors shall be discharged forthwith, provided furthermore that the courtroom deputy clerk shall notify each juror as soon as practicable. |
| 7. | That the defendant's mid-trial motion to amend its answer to assert the affirmative defense of statute of limitations is **DENIED as MOOT.** |

**9:20 a.m.     Court in recess.**

*Total in court time: 30 minutes - Trial concluded*