# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC., et al.,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY,

    Defendant.

## MINUTE ORDER[1]

    The matter before the court is **Plaintiffs' Motion to Alter or Amend Judgment Pursuant to Federal Rule of Civil Procedure 59(e)** [#119], filed March 30, 2007. The motion is **STRICKEN** for failure to comply with REB Civ. Practice Standard V.A.2.

Dated: April 2, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.