**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC., et al.,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY,

    Defendant.

**MINUTE ORDER**[1]

    The matter before the court are **Plaintiffs' Motion to Alter or Amend Dismissal of Contract Claims Pursuant to Federal Rule of Civil Procedure 59(e)** [#121], and **Plaintiffs' Motion to Alter or Amend Dismissal of Tort Claims Pursuant to Federal Rule of Civil Procedure 59(e)** [#122], both filed April 2, 2007.

    Plaintiffs' original Rule 59(e) motion was stricken for failure to comply with the page limitations established by REB Civ. Practice Standards V.B. (*See* Minute Order [#120], filed April 2, 2007.)  Barely four hours later, plaintiffs filed the present motions. Although each motion by itself is within the required page limitations, it is clear to this court that the only reason for filing two separate motions is to evade the page limitations of my Practice Standards.

    Accordingly, the motions are **STRICKEN** with leave to refile within the page limitations.  Plaintiffs are advised that if they choose to file more than a single motion, each such motion will be counted toward the fifteen-page limitation.

Dated:  April 3, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.