**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC.,
HIGHLAND HOLDINGS, LLC,
VICTOR BARBISH,
MARIO BARBISH,
HARRY HARRISON, and
KAREN KLAUSMEYER,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY, and
ALLEN BHAK,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT ALLEN BHAK**

**Blackburn, J.**

    The matter comes before the court on the **Stipulation for Dismissal of Defendant Allen Bhak with Prejudice** [#127], filed April 27, 2007.  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiffs' claims against defendant Allen Bhak should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Stipulation for Dismissal of Defendant Allen Bhak with Prejudice** [#127], filed April 27, 2007, is **APPROVED**;

  2. That plaintiffs' claims against defendant Allen Bhak **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

  3. That defendant Allen Bhak is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

  Dated April 17, 2007, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**