IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-01853-REB-CBS

VIC BARBISH PERSONAL GEMS, INC.,
HIGHLAND HOLDINGS, LLC,
VICTOR BARBISH,
MARIO BARBISH,
HARRY HARRISON, and
KAREN KLAUSMEYER,

    Plaintiffs,

v.

WELLS FARGO AND COMPANY,

    Defendant.

## ORDER DENYING DEFENDANT WELLS FARGO BANK'S
## MOTION FOR TAXATION OF COSTS PURSUANT TO F.R.C.P. 54(d)(1)

**Blackburn, J.**

The matter before me is **Defendant Wells Fargo Bank's Motion for Taxation of Costs Pursuant to F.R.C.P. 54(d)(1)** [#130], filed April 20, 2007. I deny the motion.

Section 1920 does provide for the recovery of costs for deposition transcripts that were "necessarily obtained for use in the case,"[1] but defendant has made no effort to show that this standard is met with respect to any of the costs for which it seeks recovery. Although it presents argument in its brief regarding necessity of the

---

[1] Allowable costs are set forth in 28 U.S.C. § 1920. Expenses not specifically authorized by the statute are not recoverable as costs. **Crawford Fitting Co. v. J.T. Gibbons, Inc.**, 482 U.S. 437, 441-42, 107 S.Ct. 2494, 2497, 96 L.Ed.2d 385 (1987); **Bee v. Greaves**, 910 F.2d 686, 690 (10th Cir. 1990). It is defendant's burden, as the prevailing party, to establish that the expenses it seeks to have taxed as costs are authorized by section 1920. **English v. Colorado Department of Corrections**, 248 F.3d 1002, 1013 (10th Cir. 2001); **Griffith v. Mt. Carmel Medical Center**, 157 F.R.D. 499, 502 (D. Kan. 1994).

transcripts, its actual evidence in support of that conclusion is nothing more than counsel's bare, unsubstantiated *ipse dixit* that the costs were necessarily incurred. (Def. Motion App., Exh. 1 ¶ 5 at 2.) Based on that proffer, I cannot find that the Clerk of the Court erred in denying these costs. See **Wilmshurst v. Carriage Cove Ltd.,** 2000 WL 33710894 at *4 (D. Utah Apr. 24, 2000); **Green Construction Co. v. Kansas Power & Light Co.**, 153 F.R.D. 670, 683 (D. Kan. 1994).

**THEREFORE, IT IS ORDERED** that **Defendant Wells Fargo Bank's Motion for Taxation of Costs Pursuant to F.R.C.P. 54(d)(1)** [#130], filed April 20, 2007, is **DENIED**.

Dated January 22, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**